UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :

V. :

OLUWASEUN SANYA : Civil # _____

MOTION FOR RETURN OF PROPERTY
PURSUANT TO F.R.C.P. 41(G)

Comes Now defendant Oluwaseun Sanya, PRO SE and moves this Honorable Court for an order compelling the Government to return properties which were seized both in relation to and entirely unmoored from the underlying criminal case.

Rule 41(g) allows a person aggrieved by an unlawful search and seizure of property or by the deprivation of possessory interests in property, to move for the property's return... "If it grants the motion, the Court must return the property to the movant, but may impose reasonable conditions to protect access to the property and it's use in later proceedings if necessary" Fed R. Crim. P. 41

District Courts in this circuit have applied a three part test that a moving party must demonstrate in order to prevail on a Rule 41 motion: "(1) The party is entitled to lawful

Possession of the said property, (2) the property is not contraband (3) Either the seizure was illegal or the Government's need for the property as evidence has ended.

The defendant submits that the said property is not contraband and that the government's need for use as evidence has since ended. There is no evidence in the record to indicate whether the Government ever initiated forfeiture or abandonment proceedings, no evidence to suggest that the items were destroyed or otherwise disposed of, and no evidence to indicate that some of these items belonged to the defendant himself. The general rule is that seized property should be returned to the rightful owner after criminal proceedings have terminated," unless it is contraband or subject to forfeiture." United States v. Chambers, 192 F. 3d 374, 376 (3d Cir. 1999). The resolution of "whether the government still possesses the property is a question of fact" which must be supported by evidence, including sworn affidavits or other documents. Therefore the defendant moves for evidentiary hearing and return of property without delay

Respectfully Requested:

_____
Oluwaseun Sanya