Oluwaseun S— (54758-037)
FCI Danbury
33½ Pembroke Rd,
Danbury, CT 06811

Case 8:21-cv-01861-TDC   Document 1-1   Filed 08/19/21   Page 1 of 1

WESTCHESTER NY 105
17 AUG 2021 PM 4 L

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

AUG 1 9 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Office of the Clerk
U.S. District Court - Maryland
6500 Cherrywood Lane Suite 200
GreenBelt, MD 20770

20770-720350